```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ALICE MARRERO,                                                         :
                                                                       :
                                  Plaintiff,                           :
                                                                       :         23 Civ. 5578 (JPC)
                  -v-                                                  :
                                                                       :              ORDER
BORICUA COLLEGE and MOISES PEREYRA,                                    :
                                                                       :
                                  Defendants.                          :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has been informed that the parties to this case have reached a settlement governing all issues in dispute between them.  Unless this case has already been dismissed by that date, the parties are ordered to submit a status letter by November 30, 2023, updating the Court on what progress has been made towards finalizing the settlement.

SO ORDERED.

Dated: October 31, 2023
       New York, New York

                                               JOHN P. CRONAN
                                      United States District Judge